# Exhibit A

Alec Ferretti

██████████
New York, NY 10016

May 1, 2019

U.S. Department of State
Passport Vital Records Section
44132 Mercure Cir.
PO Box 1213
Sterling, VA 20166-1213

To whom it may concern,

     I hereby request a copy, in its entirety, of the index to deaths of Consular Reports of Deaths of a U.S. Citizen Abroad from 1975 - 2018 inclusive.  This record set is not protected by the privacy act, because the people are necessarily deceased.  I have received consular reports of death from this agency in the past for people for whom I am not the next of kin.  Although some information was redacted, the fields that would be present in this index were not.  This index is thus covered by FOIA.

     Traditionally, an index would include information such as the name of the decedent, and date and location of death at a minimum.  It could exist in handwritten books, on microfilm or fiche, or even as a database in a computer program.

     I am requesting any and all fields that are present in this index so long as they are FOIA compliant (for example, if the index were to have a field for the next of kin, I understand that this would not be eligible because this person could still be living).

     If any of this index exists in the form of a database, I request to receive those years as a database extract.  If any of the remaining years of indexes exist as microfilm, I request copies in that format.  I would only like reproductions of textual records as a last resort.

     Please provide me with a breakdown of all costs before proceeding with reproductions, and with a timeline as to how long reproductions would take.

     If you deny this request in whole or in part, please itemize the exemptions to FOIA which you believe entitle your office to make sure denials.  Thank you for your time.

Alec Ferretti