DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: JOSEPH A. PANTOJA
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
RECLAIM THE RECORDS and ALEC
FERRETTI,                                       :
                                                           23 Civ. 1529 (VEC)
            Plaintiff,         :
                                                           NOTICE OF APPEARANCE
  -against-                                     :

UNITED STATES DEPARTMENT OF STATE,  :

           Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

The undersigned hereby appears on behalf of the defendant in the above-entitled action.

Dated: New York, New York
       March 24, 2023

                                    DAMIAN WILLIAMS
                                    United States Attorney for the
                                    Southern District of New York

               By:      /s/ Joseph A. Pantoja
                      JOSEPH A. PANTOJA
                      Assistant United States Attorney
                      86 Chambers Street, 3rd Floor
                      New York, New York 10007
                      Tel.:   212.637.2785
                      Fax:   212.637.2750
                      Email: joseph.pantoja@usdoj.gov