

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 14, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:   *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1529 (VEC)

Dear Judge Caproni:

    This Office represents defendant the United States Department of State ("State Department") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from April 19 to June 19, 2023).

    This is the first request to extend that deadline. As the government has advised plaintiffs, the State Department is in the process of evaluating whether there are any records potentially responsive to plaintiffs' FOIA request. Thereafter, it is anticipated that the parties will confer regarding next steps. Plaintiffs consent to the requested relief.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendant*

By:   */s/ Joseph A. Pantoja*
    JOSEPH A. PANTOJA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2786
    Fax: (212) 637-2750
    E-mail: joseph.pantoja@usdoj.gov

cc:  Plaintiffs' counsel (by ECF)