

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

April 14, 2023

**MEMO ENDORSED**

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2023
```

      Re:    *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1529 (VEC)

Dear Judge Caproni:

      This Office represents defendant the United States Department of State ("State Department") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On behalf of the government, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from April 19 to June 19, 2023).

      This is the first request to extend that deadline. As the government has advised plaintiffs, the State Department is in the process of evaluating whether there are any records potentially responsive to plaintiffs' FOIA request. Thereafter, it is anticipated that the parties will confer regarding next steps. Plaintiffs consent to the requested relief.

      We thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:   */s/ Joseph A. Pantoja*
     JOSEPH A. PANTOJA
     Assistant United States Attorney
     86 Chambers Street, 3rd Floor
     New York, New York 10007
     Tel.: (212) 637-2786
     Fax: (212) 637-2750
     E-mail: joseph.pantoja@usdoj.gov

Application GRANTED.

SO ORDERED.    Date: 4/17/2023

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc:  Plaintiffs' counsel (by ECF)