

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

June 15, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Reclaim the Records and Alec Ferretti v. United States Department of State*, No. 23 Civ. 1529 (VEC)

Dear Judge Caproni:

    This Office represents defendant the United States Department of State ("State Department") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On behalf of the government, and together with the plaintiffs, I write respectfully to request a sixty-day extension of the time to respond to the complaint (*i.e.*, from June 19 to August 18, 2023), that the pretrial conference currently scheduled for June 30, 2023, be adjourned *sine die*, and that the parties be permitted to submit a joint update letter by August 17, 2023. This is the second request by either party to for an extension of time to respond to the complaint and adjourn the pretrial conference.

    The reason for this request is that the parties are discussing the status of the case in light of the Government's April 24, 2023 letter to plaintiffs advising that no responsive documents were found. The parties have been discussing the Government's response and whether the case can be resolved without further Court intervention. We thank the Court for its consideration of this letter.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
    *Attorney for Defendant*

    By:   /s/ Joseph A. Pantoja
    JOSEPH A. PANTOJA
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Tel.: (212) 637-2786
    E-mail: joseph.pantoja@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)