

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 17, 2023

**BY ECF**

The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Reclaim the Records and Alec Ferretti v. United States Department of State*,
              No. 23 Civ. 1529 (VEC)

Dear Judge Caproni:

    This Office represents defendant the United States Department of State in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On June 16, 2023, the Court extended the deadline for defendant to respond to the complaint *sine die* so that the parties could continue their discussions and directed the parties to file a status letter by today. ECF No. 16.

    On behalf of defendant, and together with the plaintiffs, I write respectfully to propose the following schedule for answering the complaint and summary judgment briefing. September 22, 2023: defendant's answer to the complaint; October 23, 2023: Defendant's motion; November 24: Plaintiffs' opposition; December 15, 2023: Defendant's reply.

    We thank the Court for its consideration of this letter.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney for the
                                      Southern District of New York
                                      *Attorney for Defendant*

                    By:   */s/ Joseph A. Pantoja*
                           JOSEPH A. PANTOJA
                           Assistant United States Attorney
                           86 Chambers Street, 3rd Floor
                           New York, New York 10007
                           Tel.: (212) 637-2786
                           E-mail: joseph.pantoja@usdoj.gov

cc:  *Plaintiffs' counsel* (by ECF)