U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

**MEMO ENDORSED**

*86 Chambers Street*
*New York, New York 10007*

August 17, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/18/2023
```

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Reclaim the Records and Alec Ferretti v. United States Department of State*,
             No. 23 Civ. 1529 (VEC)

Dear Judge Caproni:

      This Office represents defendant the United States Department of State in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"). On June 16, 2023, the Court extended the deadline for defendant to respond to the complaint *sine die* so that the parties could continue their discussions and directed the parties to file a status letter by today. ECF No. 16.

      On behalf of defendant, and together with the plaintiffs, I write respectfully to propose the following schedule for answering the complaint and summary judgment briefing. September 22, 2023: defendant's answer to the complaint; October 23, 2023: Defendant's motion; November 24: Plaintiffs' opposition; December 15, 2023: Defendant's reply.

      We thank the Court for its consideration of this letter.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York
                              *Attorney for Defendant*

By:   */s/ Joseph A. Pantoja*
        JOSEPH A. PANTOJA
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2786
        E-mail: joseph.pantoja@usdoj.gov

cc: *Plaintiffs' counsel* (by ECF)

Application GRANTED. Defendant's deadline to answer the complaint is **September 22, 2023**.

Defendant's deadline to move for summary judgment is **October 23, 2023**; Plaintiffs' opposition is due no later than **November 24, 2023**; Defendant's reply is due **December 15, 2023**. The parties are instructed to review the Undersigned's Individual Practices with respect to motions for summary judgment and accompanying 56.1 statements.

SO ORDERED.

Date: 8/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE