```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RECLAIM THE RECORDS, *et. al.*,

                Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF STATE,

                Defendants.
------------------------------------------------------------X

**NOTICE OF MOTION TO WITHDRAWAL AS COUNSEL**

23-cv-01529 (VEC)

    **PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeffrey F. Kinkle, request the withdrawal of my appearance as counsel for Plaintiffs, and further request removal from the Court's electronic filing notification system for this action. After December 15, 2023, I will no longer be employed by Beldock Levine & Hoffman LLP. Beldock Levine & Hoffman LLP will remain counsel of record for the Plaintiffs in this action.

Dated: New York, New York
          December 15, 2023

                              By: /s/ Jeffrey F. Kinkle
                                  Jeffrey F. Kinkle

                              BELDOCK LEVINE & HOFFMAN LLP
                              99 Park Avenue, PH/26th Floor
                              New York, New York 10016
                              P: 212-277-5883
                              E: jkinkle@blhny.com

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Jeffrey Kinkle as counsel for Plaintiffs.
SO ORDERED.

*[signature: Valerie Caproni]*    12/18/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE