UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,

                Plaintiffs,

-against-                                                                           No. 1:23-cv-01529 (VEC)

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

------------------------------------------------------------------- X

      PLEASE TAKE NOTICE that, upon the annexed declaration, Katherine Adams will respectfully move this Court, at Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, on a day and time to be determined by the Court, for leave to withdraw as plaintiffs' counsel in the above-captioned matter.

Dated: New York, New York
       December 22, 2023

                                                                                                             _____
                                                                                                              Katherine Adams
                                                                                                              Beldock Levine & Hoffman LLP
                                                                                                              99 Park Ave., PH/26th Floor
                                                                                                              New York, NY 10016
                                                                                                              (212) 277-5824