```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,

                Plaintiffs,

-against-                                                                                     No. 1:23-cv-01529 (VEC)

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

-------------------------------------------------------------------- X

PLEASE TAKE NOTICE that, upon the annexed declaration, Katherine Adams will respectfully move this Court, at Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, on a day and time to be determined by the Court, for leave to withdraw as plaintiffs' counsel in the above-captioned matter.

Dated:  New York, New York
         December 22, 2023

                                                              _/s/ Katherine Adams_
                                                              Katherine Adams
                                                              Beldock Levine & Hoffman LLP
                                                              99 Park Ave., PH/26th Floor
                                                              New York, NY 10016
                                                               (212) 277-5824

---

Application GRANTED. The Clerk of Court is respectfully directed to terminate Katherine Adams as counsel for Plaintiffs.

SO ORDERED.

*/s/ Valerie Caproni*                1/2/2024

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ X

RECLAIM THE RECORDS, *et al.*,

                Plaintiffs,

-against-                                                                                  No. 1:23-cv-01529 (VEC)

UNITED STATES DEPARTMENT OF STATE,

                Defendant.

------------------------------------------------------------------ X

## DECLARATION OF KATHERINE ADAMS IN SUPPORT OF MOTION TO WITHDRAW AS PLAINTIFFS' COUNSEL

Katherine Adams declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am an attorney at Beldock Levine & Hoffman LLP. Beldock Levine & Hoffman LLP serves as counsel to the plaintiffs in the above-captioned matter.

2. I submit this declaration in support of my motion to withdraw as counsel.

3. I move for leave to withdraw as counsel because I am exiting my employment at Beldock Levine & Hoffman LLP.

4. My withdrawal will not cause delays in this matter and will not prejudice plaintiffs because they will continue to be represented by other attorneys of record from Beldock Levine & Hoffman LLP.

Dated: New York, New York
       December 22, 2023

                                                                                     _____
                                                                                     Katherine Adams