F-2019-09405

▬▬▬ ▬▬

| | |
|---|---|
| **From:** | State Department FOIA <noreply@mail.foia.state.gov> |
| **Sent:** | Thursday, September 5, 2019 8:48 PM |
| **To:** | FOIArequest |
| **Subject:** | FOIA Request Letter |

Thank you for filing your FOIA request online on 9/5/2019. Here is a review of your request.

The records I request can be described as follows:

I am looking to obtain a copy of the Index or finding aid to the Reports of Death of a U.S. Citizen Abroad from 1975-present. Historically, books of vital records had some sort of index that allowed a clerk to search an alphabetized or sequential list of deaths from a given year in order to find the page number of the sought after record. If the records are somehow born digital, an index might be a database extract of the name of the decedent, along with the date and location of death, however, i doubt the records are in such a format. If there has been a database created in the modern day of an index to the deaths (such as in a spreadsheet), I would be most interested in obtaining such as file. I am not sure in what format the Reports of Death are, so I cannot specify exactly what type of document I would expect to receive. I would like to know whose Reports of deaths are in possession of the State Department, and when those people died. Whichever documents by whichever name contain that information is the scope of my request. There is no privacy exemption to this request because the people mentioned are necessarily deceased. If it is easier not provide the most recent few months or years of death data, that would be acceptable. Thank you.

The time period of my request is from 01/01/1975 to 09/05/2019

I am an individual seeking information for personal use and not for commercial use.

I am willing to pay $500 for my request.

My additional comments are as follows:

N/A

Contact Information
Mr. Alec S Ferretti
242 E 38th St
Apt. 2F
NEW YORK, New York 10016
P: N/A
F: N/A
al13fe26@gmail.com