UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECLAIM THE RECORDS and ALEC FERRETTI,

       Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF STATE,

       Defendant.

No. 23-CV-1529 (VEC)

**DECLARATION OF DAVID B. RANKIN IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT**

  I, David B. Rankin, an attorney duly licensed to practice law in this Court, pursuant to 28 U.S.C. § 1746, do hereby declare under penalties of perjury:

  1. I am a partner at Beldock Levine & Hoffman LLP, attorneys for Plaintiffs and am well-familiar with the facts of this case. I submit this declaration in opposition to Defendant's Motion for Summary Judgment and in support of Plaintiffs' Cross-Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56.

  2. Annexed hereto are true and accurate copies of the following exhibits:

  a. <u>Exhibit 1</u>: Plaintiff's FOIA request to the Department of State dated September 5, 2019.

  b. <u>Exhibit 2</u>: Defendant's letter acknowledging Plaintiff's request dated February 21, 2020.

  c. <u>Exhibit 3</u>: Plaintiff's status request email dated November 13, 2020 and Defendant's response email dated November 20, 2020.

  d. <u>Exhibit 4</u>: Defendant's letter of "no responsive records" dated April 24, 2023.

  e. <u>Exhibit 5</u>: System of Records Notice dated March 24, 2015.

f. <u>Exhibit 6</u>: Passport Information Electronic Records System (PIERS) Privacy Impact Assessment, dated October 2020.

Dated: March 5, 2024
New York, New York

Respectfully submitted,

BELDOCK LEVINE & HOFFMAN, LLP
99 Park Avenue, PH/26th Floor
New York, New York 10016
*Attorneys for Plaintiff*

By:_____
David B. Rankin
t: 212-277-5825
e: drankin@blhny.com