

Alec Ferretti <al13fe26@gmail.com>

# FOIA Status

**FOIA Status** <FOIAStatus@state.gov>  Fri, Nov 20, 2020 at 12:25 PM
To: "al13fe26@gmail.com" <al13fe26@gmail.com>

Mr. Ferretti,

This is in reference to your email below regarding the status of FOIA requests F-2017-14380 and F-2019-09405.

The Office of Information Programs and Services electronic records system indicates that your requests are in process. You will be notified of the results of the Department's search and review efforts in response to your requests as soon as that information becomes available.

If you have any questions, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484 or send an email to foiastatus@state.gov

Sincerely,

U.S. Department of State

FOIA Requester Service Center

---

**From:** Alec Ferretti <al13fe26@gmail.com>
**Sent:** Friday, November 13, 2020 8:40 PM
**To:** FOIA Status <FOIAStatus@state.gov>
**Subject:** FOIA Status

Hello,

I would like to know the status of these two FOIA requests. Thank you.

F-2017-14380

F-2019-09405

--
Alec Ferretti

SENSITIVE BUT UNCLASSIFIED