

**United States Department of State**

*Washington, D.C.   20520*

April 24, 2023

Case No. F-2019-09405/FL-2023-00042

Mr. Alex Ferretti



New York, NY 10016

Dear Mr. Ferretti:

This letter is in response to your request dated September 5, 2019, under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  The Department of State has located no responsive records subject to the FOIA.

Please note that the Department does not maintain an index or search aid for Consular Reports of Deaths of a U.S. Citizen Abroad ("CRDAs").  The system where CRDAs are stored does not contain an index or spreadsheet or allow for the extraction and compilation of certain information from CRDAs stored in the system.  Rather, the Department can only retrieve CRDAs stored in the system manually and one-at-a-time, meaning that the Department must search the system using personally identifiable information, including the name and date of birth of an individual, to locate a particular CRDA.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.  To the extent another agency asserts that it can neither confirm nor deny the existence of certain records, the Department of State will similarly take the position that it neither confirms nor denies the existence of those records.

This concludes the processing of your request. If you have any questions, your attorney may contact Joseph Pantoja, Assistant U.S. Attorney, at joseph.pantoja@usdoj.gov or 212-637-2785. Please refer to the case number, F-2019-09405/FL-2023-00042, and the civil action number, 23-cv-01529, in all correspondence about this case.

Sincerely,

Diamonece Hickson
Chief, Litigation and Appeals Branch
Office of Information Programs and Services