# EXHIBIT 2
# Ron Schnell Publications

- Jay L. Himes, Jason Nieh & Ron Schnell, "Antitrust Enforcement and Big Tech: After the Remedy Is Ordered," 1 Stanford Computational Antitrust 64 (2021)
- Ron Schnell, "Hacking 101: Using Social Engineering Increases Security Attack Effectiveness," Coast Guard Journal of Safety & Security at Sea, Proceedings of the Marine Safety & Security Council 71, no. 4 (2014) 25–27