# EXHIBIT 3
# Ron Schnell Testifying Experience

# Ron Schnell

**EXPERT EXPERIENCE (TESTIMONY ONLY)**

*Openrisk, LLC v. **Microstrategy Services Corporation** (**Robbins, Russell, Englert, Orseck, Untereiner & Sauber**) 1:15-cv-01451 (Eastern District of Virginia) (Misappropriation of trade secret/Copyright Infringement)

*Openrisk, LLC v. **Microstrategy Services Corporation** (**Robbins, Russell, Englert, Orseck, Untereiner & Sauber**) 1:14-cv-01244 (Eastern District of Virginia) (Misappropriation of trade secret/Copyright Infringement)

*Cincinnati Insurance Company v **Actuate Corporation** (**Tucker Ellis LLP**) 1:12-cv-00338 (Southern District of Ohio) (Software licensing)

†**Opal Labs Inc.** (**Markowitz Herbold PC**) v. Sprinklr, Inc. et al 3:18-cv-01192 (Oregon) (Misappropriation of Trade Secret)

†Shirmel Gumbs-Heyliger v. **Military Personnel Services, Corp**. (**Sanford Amerling & Associates**) 1:12-cv-00078 (US Virgin Islands) (Wrongful termination)

†United States of America v. **Sinovel Wind Group Co., LTD, Su Liying, Zhao Haichun, and Dejan Karabasevic** (**Alston & Bird**) 3:2013-cr-00084 (Wisconsin) (Theft of trade secret, Economic Espionage)

†**Kim Peter Tillman** (**Gunster**)  v. Advanced Public Safety, Inc. and Trimble Navigation Limited 9:2015-81782 (Southern District of Florida) (Software - Whistleblower Act)

†**Couple Up Plus LLC (Astigarraga Davis**) v. SDSOL Technlogies, LLC. AAA Case No. 01-14-0001-3682 (Software contract breach)

*Sigma 3 et. al v. Ouenes et. al (**Retained directly by the Arbitrator, Judge Susan Sousson)** AAA Case No. 01-16-0005-4951 (Misappropriation of Trade Secret)

***Advanced Dentistry of Plantation, P.A.** (**Schulman Law Group**) v. Brown & Brown of Florida, Inc. CACE15007317 (05) 17th Judicial Circuit, Broward County, FL (Insurance - cause of loss - computer failure)

†Oracle America, Inc. et al. v. **Hewlett Packard Enterprise Company** (**Gibson, Dunn & Crutcher**) 3:16-cv-01393 (Northern District of California) (Copyright Infringement)

†**Nuance Communications, Inc** (**Weil, Gotshal & Manges)** v. IBM Corporation 7:16-cv-05173 (Southern District of New York) (Software licensing)

*Google, Inc. v. **Spring Ventures, Ltd.** (**Meister Seelig & Fein**) IPR2017-01653 (Inter Partes Review) (Patent Infringement)

*Gates Corporation v. **CRP Industries, Inc.** (**McCARTER & ENGLISH, LLP**) 1:16-cv-01145 (District of Colorado) (Misappropriation of Trade Secret)

†Michael Reed v. **SBM Site Management (Seyfarth Shaw, LLP)** AAA Case No. 01-18-0002-0952 (Breach of Contract)

*Dolby Laboratories Licensing Corporation et al v. **Adobe Inc. (Arnold & Porter)** 4:18-cv-01553 (Northern District of California) (Copyright Infringement)

*M-I L.L.C v. **Q'Max Solutions, Inc. et al (BoyarMiller)** 4:2018-cv-01099 (Southern District of Texas) (Misappropriation of Trade Secret)

***Aon PLC et al (Littler Mendelson)** v. Infinite Equity, Inc. et al 1:19-cv-07504 (Northern District of Illinois) (Misappropriation of Trade Secret)

*TPI Cloud Hosting, Inc. v. **Keller Williams Realty, Inc. (Norton Rose Fulbright)** 1:19-cv-808 (Western District of Texas) (Misappropriation of Trade Secret)

*Vanderbilt University v. **Scholastic, Inc. et al (Weil, Gotshal & Manges, Frankfurt, Kurnit, Klein & Selz, P.C., Neal & Harwell, PLC)** 3:18-cv-00046 (Middle District of Tennessee) (Breach of Contract)

†4DD Holdings et al v. **United States of America** 15-945C (Court of Federal Claims) (Software License)

†Calsep, Inc. v. **Ashish Dabral et al (Boyar Miller)** 4:19-cv-01118 (Southern District of Texas) (Misappropriation of Trade Secret)

***HumanTouch, LLC (Ward & Berry)** v. United States of America 16-561C (Court of Federal Claims) (Breach of Contract)

*Paycargo, LLC v. CargoSprint, LLC et al **(Appointed as Special Master)** 20-cv-22885, (Southern District of Florida) (Misappropriation of Trade Secret)

***MedImpact Healthcare Systems, Inc. (Jones Day)** v. IQVIA, Inc. 3:19-cv-01865, (Southern District of California) (Misappropriation of Trade Secret)

***Better Holdco, Inc. (Friedman Kaplan)** v. Beeline Loans, Inc. 1:20-cv-08686 (Southern District of California) (Misappropriation of Trade Secret)

†John C. Depp, II v. **Amber Laura Heard (Charlson Bredehoft Cohen & Brown, P.C.)** CL-2019-2911 (Circuit Court of Fairfax County, Virginia) (Defamation of Character)

*Broadband iTV, Inc. v. **Orrick Herrington & Sutcliffe, LLP et al (Long & Levit LLP)** 21STCV16407 (Superior Court of California, County of Los Angeles) (Breach of Fiduciary Duty and Negligence)

***Ruben A. Luna et al (Robbins Geller Rudman & Dowd)** v. Carbonite, Inc. et al 19-cv-11662 (District of Massachusetts) (Shareholder Derivative)

*OSGHC, LLC v. **Nomi Health, Inc. (Baker Botts)** DC-22-03963 (District Court, Dallas County, TX) (Breach of Contract)

***Webroot, Inc., et al (King & Spalding)** v. AO Kaspersky Lab, et al 6:22-cv-00243 (Western District of Texas) (Patent Infringement)

†ISIS Solutions, Inc. v. **Aurora Predictions, LLC (Fortis Law)** 1200055354 (JAMS Arbitration) (Misappropriation of Trade Secret)

*Everett Bloom et al v. **Zuffa, LLC et al (Paul Hastings)** 2:22-cv-00412 (District of Nevada) (Video Privacy Protection Act)

---

* Testified at deposition
†Testified at trial, evidentiary hearing, or live arbitration