

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

May 21, 2024

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Reclaim the Records, et ano., v. U.S. Department of State*, No. 23 Civ. 1529 (VEC)

Dear Judge Caproni:

    This Office represents the United States Department of State (the "Government") in the above-referenced action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 522. I write respectfully to request a thirty-day extension of the May 24, 2024 deadline for the Government to file its reply papers in further support of its motion for summary judgment and in opposition to Plaintiffs' cross-motion, to June 26, 2024, and a corresponding extension of the deadline for Plaintiffs' reply, if any, to July 3, 2024.

    This is the first request by the Government for an extension for its reply/opposition papers, but the Court previously granted the parties several extensions of the briefing schedule. The Government needs more time to arrange for a declaration from an agency contractor to respond to the technical points raised by Plaintiffs' papers. In addition, the Government intends to submit a supplemental declaration from Ms. Regina Ballard to address the parties' declarations/arguments, but she will be away the end of this month. Plaintiffs consent to the requested extension.

    We thank the Court for its consideration of this letter.

                            Respectfully submitted,

                            DAMIAN WILLIAMS
                            United States Attorney for the
                            Southern District of New York
                            *Attorney for Defendant*

                   By:   /s/ Joseph A. Pantoja
                            JOSEPH A. PANTOJA
                            Assistant United States Attorney
                            86 Chambers Street, 3rd Floor
                            New York, New York 10007
                            Tel.: (212) 637-2786
                            E-mail: joseph.pantoja@usdoj.gov

cc:  Plaintiffs' counsel (by ECF)