# BELDOCK LEVINE & HOFFMAN LLP
## 99 PARK AVENUE, PH/26TH FLOOR
### NEW YORK, N.Y. 10016

JONATHAN MOORE
DAVID B. RANKIN
LUNA DROUBI
MARC A. CANNAN
CYNTHIA ROLLINGS
JONATHAN K. POLLACK
HENRY A. DLUGACZ
STEPHEN J. BLUMERT
MYRON BELDOCK (1929-2016)
LAWRENCE S. LEVINE (1934-2004)
ELLIOT L. HOFFMAN (1929-2016)

TEL: (212) 490-0400
FAX: (212) 277-5880
WEBSITE: blhny.com

COUNSEL
BRUCE E. TRAUNER
PETER S. MATORIN
KAREN L. DIPPOLD
MARJORY D. FIELDS
EMILY JANE GOODMAN
  (JUSTICE, NYS SUPREME COURT, RET.)
FRANK HANDELMAN

July 3, 2024

REF:
  828900.09400
WRITER'S DIRECT DIAL:
  (212) 277-5825
  drankin@blhny.com

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

>   Re:   *Reclaim the Records and Alec Ferretti v. United States Department of State*, **No. 23 Civ. 1529 (VEC)**

Your Honor:

I am a partner at Beldock Levine & Hoffman LLP. Mr. Benjamin Meyers, the author of the Plaintiffs' papers, was just released from Bellevue Hospital on Monday night. On June 24th he went for an examination at Gouverneur Hospital because his shortness of breath was getting worse. They performed tests and determined that Mr. Meyers needed to be in the care of a cardiologist immediately. He was then transferred to Bellevue where he remained for the last week. Mr. Meyers long term prognosis is good, but as he was just released from the Hospital, it is likely to take a couple of weeks for him to be back to full strength.

We respectfully request a 30-day extension of time reply to the Government's opposition to our cross-summary judgment motion. The Government consents to this request. This will allow Mr. Meyers to complete the briefing on this matter, or if he is unable, for another attorney to get up to speed and complete the briefing.

We apologize for the inconvenience this causes to the Court and the parties. Should this request be granted, the plaintiffs' reply would be filed by August 2, 2024. Presently, the reply is due today, July 3, 2024.

BELDOCK LEVINE & HOFFMAN LLP

The Honorable Valerie E. Caproni
July 3, 2024
Page 2

      We thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            David B. Rankin