# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
RECLAIM THE RECORDS and ALEC FERRETTI,

                Plaintiffs,        23 **CIVIL** 1529(VEC)

    -against-               **JUDGMENT**

UNITED STATES DEPARTMENT OF STATE,

                Defendant.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 26, 2024, Defendants motion for summary judgment is GRANTED and Plaintiffs cross-motion for summary judgment is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

      August 27, 2024

                                          **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                **BY:** _____
                                            **Deputy Clerk**