UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RECLAIM THE RECORDS and
ALEC FERRETTI,

                Plaintiffs,                          **23-cv-01529-VEC**

             -against-                        NOTICE OF APPEAL

UNITED STATES DEPARTMENT OF
STATE,

                Defendant.
------------------------------------------------------------x

      Notice is hereby given that RECLAIM THE RECORDS and ALEC FERRETTI, Plaintiffs in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order dismissing this action, entered on the 27th day of August 2024.

                Dated: September 25, 2024
                       New York, New York

                /s/ David B. Rankin_____

                David B. Rankin, Esq.
                *Counsel for Plaintiffs*

                Beldock, Levine & Hoffman, LLP
                99 Park Avenue, PH/26th Floor
                New York, NY 10016
                Tel.: 212-277-5825
                Email: drankin@blhny.com